1  Thomas P. Brown IV     State Bar No. 97315
   tbrown@browngitt.com
2  Sherry B. Shavit       State Bar No. 193222
   sshavit@browngitt.com
3  Ani M. Akopyan         State Bar No. 234158
   aakopyan@browngitt.com
4  **BROWN GITT LAW GROUP, LLP**
   300 North Lake Avenue, Suite 200
5  Pasadena, California 91101
   Telephone: 626.229.1919
6  Facsimile: 626.229.1917

7  Attorneys for Defendant
   PINKERTON GOVERNMENT SERVICES, INC.
8
   Dennis P. Riley
9  dpriley@mrklawyers.com
   Steven DeVore
10 sdevore@mrklawyers.com
11 **Mesisca, Riley & Kreitenberg**
   725 South Figueroa Street, Suite 1650
12 Los Angeles, CA 90017

13 Attorneys for Plaintiff
   JESSICA POITIER
14

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| JESSICA POITIER, an individual, | CASE NO. CV107038-VBF(SSX) |
| Plaintiff, | [HON. VALERIE BAKER FAIRBANK] |
| v. | |
| PINKERTON GOVERNMENT SERVICES, INC., a Delaware Corporation, MICHELLE GREEN, an individual, and DOES 1, to 25, inclusive, | [~~PROPOSED~~] ORDER TO JOINT STIPULATION OF DISMISSAL |
| Defendants. | |

///

///

[~~PROPOSED~~] ORDER

UPON REVIEW OF THE FOREGOING MATTERS, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

The instant action is hereby, dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:

2-25-11

*Valerie Baker Fairbank*

HONORABLE VALERIE BAKER FAIRBANK
Judge of the United States District Court